```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 00128
    JANICE HOLMES
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY

        Debtor
    SSN XXX-XX-5226

--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 01/04/2007 and was confirmed 03/29/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 07/26/2007.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                             PAID           PAID
--------------------------------------------------------------------------
COUNTRYWIDE HOME LOANS I  CURRENT MORTG        .00            .00            .00
COUNTRYWIDE HOME LOANS I  MORTGAGE ARRE        .00            .00            .00
US CELLULAR CHICAGO       UNSECURED      NOT FILED            .00            .00
SBC                       UNSECURED      NOT FILED            .00            .00
CAPITAL ONE BANK          UNSECURED      NOT FILED            .00            .00
INTERNAL REVENUE SERVICE  UNSECURED        8036.27            .00            .00
NBGL CARSONS              UNSECURED      NOT FILED            .00            .00
COMMONWEALTH EDISON       UNSECURED         190.82            .00            .00
ROUNDUP FUNDING LLC       UNSECURED         882.70            .00            .00
ILLINOIS DEPT OF REV      UNSECURED         236.16            .00            .00
INTERNAL REVENUE SERVICE  PRIORITY          497.79            .00            .00
ILLINOIS DEPT OF REV      PRIORITY       NOT FILED            .00            .00
ECAST SETTLEMENT CORP     UNSECURED         239.41            .00            .00
FISHER & SHAPIRO          NOTICE ONLY    NOT FILED            .00            .00
US DEPT OF EDUCATION FIS  UNSECURED         551.07            .00            .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY      1,814.00                        798.19
TOM VAUGHN                TRUSTEE                                           53.81
DEBTOR REFUND             REFUND                                             .00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                       RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                  852.00

PRIORITY                                         .00
SECURED                                          .00
UNSECURED                                        .00
ADMINISTRATIVE                                798.19
TRUSTEE COMPENSATION                           53.81
DEBTOR REFUND                                    .00
                      ---------------    ---------------

              PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 00128 JANICE HOLMES
```

TOTALS                                        852.00                  852.00

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 10/23/07                    /s/ Tom Vaughn
                                   _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE